1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA FIGUEROA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company; and DOES 1-100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:20-CV-09833-DSF-JEM<br><br>**ORDER ON  STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure Rules 41(a)(1)(A)(ii) and (B), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE.  The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED:  December 20, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE